**Richard CARDEN, Appellant,**

v.

**WAL–MART STORES EAST, INC., et al., Respondents.**

**No. WD 74125.**

Missouri Court of Appeals, Western District.

May 1, 2012.

Richard A. Carden, Appellant pro se.

Kristie S. Crawford, for Respondents.

Nicole L. Hutson, Co-counsel for Respondents.

Before Division Two: GARY D. WITT, Presiding Judge, JOSEPH M. ELLIS, Judge and MARK D. PFEIFFER, Judge.

## *ORDER*

PER CURIAM:

Appellant Richard A. Carden appeals from a judgment entered by the Circuit Court of Cole County granting Respondents Wal–Mart Stores East, Inc. and James R. Harris's motion for summary judgment. No jurisprudential purpose would be served by a formal written opinion. However, a memorandum explaining the reasons for our decision has been provided to the parties.

Judgment affirmed. Rule 84.16(b).